USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Cedric Bishop,

                Plaintiff,

    –v–

Theater La Mama, Inc.,

               Defendant.

20-CV-2060 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Plaintiff filed his Complaint on March 8, 2020. Dkt. No. 1. Pursuant to Rule 4(m), Plaintiff was required to serve Defendant on or before June 8, 2020. As of this date, the Court is not in receipt of proof of service on Defendant. Accordingly, by June 29, 2020, Plaintiff shall file proof of service on Defendant, a status update regarding service, or a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

      SO ORDERED.

Dated: June __25__, 2020
        New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge